No. 74–5018.   RANDO *v.* ESTELLE, CORRECTIONS DIRECTOR, *ante,* p. 820; and

No. 74–5139.   DILLINGHAM *v.* FLORIDA, *ante,* p. 871. Petitions for rehearing denied.

No. 1863, Misc., October Term, 1968.   MIKE *v.* NEW YORK, 395 U. S. 948; and

No. 73–1524.   HALLMARK INDUSTRY *v.* REYNOLDS METALS CO. ET AL., 417 U. S. 932.   Motions for leave to file petitions for rehearing denied.

NOVEMBER 25, 1974

No. 73–1626.   WEAVER, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* RANDLE ET AL.   Appeal from D. C. N. D. Ill.   Motion of appellees for leave to proceed *in forma pauperis* granted.   Judgment affirmed.

No. 74–5349.   SKUFCA *v.* PENNSYLVANIA.   Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 73–1982.   UNITED THEATRES OF FLORIDA, INC., DBA UNITED MINI-ADULT THEATRE, ET AL. *v.* GERSTEIN;

No. 73–2056.   UNITED THEATRES OF FLORIDA, INC., DBA UNITED MINI-ADULT THEATRE, ET AL. *v.* GERSTEIN; and

No. 73–2057.   UNITED THEATRES OF FLORIDA, INC., DBA UNITED MINI-ADULT THEATRE, ET AL. *v.* GERSTEIN. Dist. Ct. App. Fla., 3d Dist.   Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Little Beaver Theatre, Inc.* v. *Tobin,* 258 So. 2d 30 (Fla. App. 1972).   Reported below: No. 73–